MARK CHRISTIANS - 35285
Name and Prisoner/Booking Number

SOUTH DAKOTA STATE PENITENTIARY
Place of Confinement

PO BOX 5911
Mailing Address

SIOUX FALLS SD 57117
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

MARK ANTHONY CHRISTIANS
(Full Name of Plaintiff)

Plaintiff,

vs.

MICHAEL JOE HANVEY, KELLIE WASKO,
ALYSSA WELBIG, DAN SULLIVAN
ARAMARK CORRECTIONAL SERVICES, LLC
STEVEN SWYGERT, RYAN HOWIE
(Full Name of Each Defendant)

TIM SCHNEIDER, MELISSA MATURAN, TERESA BITTINGER,
ANTHONY GRAHAM, MARK (LAST NAME UNKNOWN), YIEN (LAST NAME
UNKOWN), KAYLA TONLIN, C. IRIZARRY, RAINY (LAST NAME UNKNOWN)

Defendants.

Case No. 4:23-CV-04137-LLP
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

TRIAL BY JURY DEMANDED

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☒ Other: (Please specify.) §1985 - CONSPIRACY?

2. Name of Plaintiff: MARK CHRISTIANS
   Present mailing address: PO BOX 5911, SIOUX FALLS, SD 57117
   **(Failure to notify the Court of any change of address may result in dismissal of this action.)**

   Institution/city where violation occurred: SDSP / JAMESON, SIOUX FALLS, SD

DSD 01-11

**CIVIL RIGHTS COMPLAINT**

Page 1 of 7

LEGAL USE ONLY

PLAINTIFFS CON'T FROM PAGE 1

TODD IRVIN, CINDY PAULSON, SUMMIT FOOD SERVICE,
JOHN FRICKWELLER, JESSICA WALDNER, TROY PONTO
GIBSON (OR HASSON), GRAY, JULIE COX, KAYLA THELEN,
CIERRA REVOLORIO, AARON HAYNES, SETH HUGHES,
JEANNIE BERTSCH, MARK RICHTER, SHELBY BLACK,
(WESLEY) LIEUTENANT GRASSIE, JACK WALTER, RYAN VANDERAA,
RENNY LINDSAY, JOHN AND/OR JANE DOE(S), TABITHA
BENTING, RYAN LANDON, JENNIFER JACKSON, CASSANDRA KRETCH,
LIZ MILLER, TAYLOR YOST, AMBER PIRAGGLIA, DARIN YOUNG,
JENNIFER DREISKE, TROY PONTO, JESSICA COOK,
BRENT FLUKE, MIKE LEIDHOLT, REBECCA SCHAEFFER,

3. Name of first Defendant: MICHAEL JOE HANVEY. The first Defendant is employed as:
PHYSICIAN ASSISTANT at SDSP - JAMESON.
   (Position and Title)                          (Institution)
This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
Explain how this Defendant was acting under color of law: CONTRACT PHYSICIAN
FOR STATE OF SOUTH DAKOTA

4. Name of second Defendant: KELLIE WASKO. The second Defendant is employed as:
SECRETARY OF CORRECTIONS at SOUTH DAKOTA STATE.
   (Position and Title)                          (Institution)
This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
Explain how this Defendant was acting under color of law: EMPLOYEE OF STATE
OF SOUTH DAKOTA

5. Name of third Defendant: ALYSSA WELBIG. The third Defendant is employed as:
NURSE PRACTICIONER at SDSP - JAMESON.
   (Position and Title)                          (Institution)
This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
Explain how this Defendant was acting under color of law: CONTRACT NURSE
FOR STATE OF SOUTH DAKOTA

6. Name of fourth Defendant: DAN SULLIVAN. The fourth Defendant is employed as:
FORMER WARDEN at SDSP - JAMESON.
   (Position and Title)                          (Institution)
This Defendant is sued in his/her: ☒ individual capacity ☒ official capacity (check one or both)
Explain how this Defendant was acting under color of law: EMPLOYEE OF STATE
OF SOUTH DAKOTA

(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)

B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If your answer is "yes," how many lawsuits have you filed? 2 . Describe the previous lawsuits in the spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: MARC CHRISTIANS

A. JURISDICTION CON'T

7. ARAMARK CORRECTIONAL SERVICES, LLC - CONTRACT FOOD
SERVICE PROVIDER AT SDSP-JAMESON
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY
CONTRACT FOOD PROVIDER FOR SOUTH DAKOTA PENITENTIARY

8. STEVEN SWYGERT - SGT. FOR SDSP/JAMESON
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY
EMPLOYEE OF STATE OF SOUTH DAKOTA

9. RYAN HOWE - UNIT COORDINATOR AT JAMESON
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY
EMPLOYEE OF STATE OF SOUTH DAKOTA

10. TIM SCHNEIDER, UNIT MANAGE AT JAMESON
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY
EMPLOYEE OF STATE OF SOUTH DAKOTA

11. MELISSA MATURAN, ADMINISTRATE REMEDY COORDINATOR
AT JAMESON, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY
EMPLOYEE OF STATE OF SOUTH DAKOTA

12. TERESA BITTINGER, WARDEN AT SDSP/JAMESON
SUED IN INDIVIDUAL AND OFFICIAL CAPACITY.
EMPLOYEE OF STATE OF SOUTH DAKOTA

4

13. ANTHONY GRAHAM, ARAMARK SUPERVISOR AT JAMESON SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR FOOD SERVICE FOR SOUTH DAKOTA

14. MARK(LAST NAME UNKNOWN), ARAMARK SUPERVISOR AT JAMESON, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYER FOR FOOD SERVICE FOR SOUTH DAKOTA

15. YIEN (LAST NAME UNKNOWN), ARAMARK SUPERVISOR AT JAMESON, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR FOOD SERVICE FOR SOUTH DAKOTA

16. KAYLA TONLIN, ARAMARK DIETICIAN FOR JAMESON, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR FOOD SERVICE FOR SOUTH DAKOTA

17. C. IRIZARRY, ARAMARK DIETICIAN, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR FOOD SERVICE FOR SOUTH DAKOTA

18. RAINY (LAST NAME UNKNOWN), ARAMARK SUPERVISOR AT JAMESON, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR FOOD SERVICE FOR SOUTH DAKOTA

19. TODD IRVIN, CORRECTION OFFICER, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, EMPLOYEE OF STATE OF SOUTH DAKOTA

5

20. CODY PAULSON, CORRECTIONAL OFFICER, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, EMPLOYEE OF THE STATE OF SOUTH DAKOTA

21. SUMMIT FOOD SERVICE, FOOD SERVICE PROVIDER AT JAMESON, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT FOOD SERVICE FOR SOUTH DAKOTA

22. JOHN TRIERWEILER, SUMMIT DISTRICT MANAGER, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR STATE OF SOUTH DAKOTA

23. JESSICA WALDNER, SUMMIT DIETICIAN, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR STATE OF SOUTH DAKOTA

24. TROY PONTO, ASSOCIATE WARDEN, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, EMPLOYEE FOR STATE OF SOUTH DAKOTA

25. GASSON, ARAMARK SUPERVISOR, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR STATE OF SOUTH DAKOTA

26. GRAY, ARAMARK SUPERVISOR, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR STATE OF SOUTH DAKOTA

6

27. JULIE COX, NURSE PRACTITIONER FOR SD DOC, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR HEALTH SERVICES MENTAL HEALTH OR DOH EMPLOYEE

28. KAYLA THELEN, MENTAL HEALTH SUPERVISOR, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR MENTAL HEALTH SERVICES OR EMPLOYEE OF DOC

29. CIERRA REVOLORIO, HEALTH SERVICES SUPERVISOR, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CONTRACT EMPLOYEE FOR HEALTH SERVICES OR NURSE FOR DOH

30. AARON HAYNES, CHEIF MEDICAL OFFICER FOR DOH, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOCTOR FOR DOH

31. SETH HUGHES, CAPTAIN-JAMESON ANNEX, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

32. JEANNIE BERTSCH, MAJOR-JAMESON ANNEX, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

33. MARK RICHTER, DOCTOR-JAMESON ANNEX, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOCTOR FOR DOH

34. SHELBY BLACK, NURSE PRACTITIONER FOR SD DOC, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, N.P. FOR DOH

35. LIETENANT GRASSIE, JAMESON ANNEX, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE LT. WESLEY GRASSIE

7

LEGAL USE ONLY

36. JACK WALTER, UNIT COORDINATOR JAMESON, SUES IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

37. RYAN VANDERAA, UNIT MANAGER JAMESON, SUES IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

38. PENNY LINDSAY, C.O. JAMESON SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

39. JOHN AND/OR JANE DOE(S), EXECUTIVES FOR SUMMIT FOODS, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY SUMMIT EMPLOYEES (STATE CONTRACTOR)

40. TABITHA BENTING, ASSOCIATE WARDEN JAMESON, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

41. RYAN LANDON, HEALTH SERVICES SUPERVISOR, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC/DOH EMPLOYEE

42. JENNIFER JACKSON, DIETICIAN FOR SDDOC, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC/DOH EMPLOYEE OR CONTRACTED

43. CASSANDRA KRETCM, MENTAL HEALTH PROFESSIONAL, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC/DOH EMPLOYEE

44. LIZ MILLER, MENTAL HEALTH PROFESSIONAL, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC/DOH EMPLOYEE

45. TAYLOR YOST, UNIT COORDINATOR, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

46. AMBER PIRRAGLIA, DIRECTOR OF PRISONS, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

LEGAL USE ONLY

47. DARIN YOUNG, FORMER CHIEF WARDEN, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, FORMER DOC EMPLOYEE

48. JENNIFER DREISKE, FORMER ASSOCIATE WARDEN, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, FORMER DOC EMPLOYEE

49. TROY PONTO, FORMER DEPUTY WARDEN, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, FORMER DOC EMPLOYEE

50. JESSICA COOK, FORMER ASSOCIATE WARDEN, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, FORMER DOC EMPLOYEE

51. BRENT PLUKE, FORMER MDSP WARDEN, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, CURRENT DEPUTY SECRETARY OF CORRECTIONS

52. MIKE LLOD HOLT, FORMER SECRETARY OF CORRECTIONS, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, FORMER DOC EMPLOYEE

53. REBECCA SCHIEFFER, ASSOCIATE WARDEN MDSP, SUED IN INDIVIDUAL AND OFFICIAL CAPACITY, DOC EMPLOYEE

8 - A

Defendants: DARRIN YOUNG, ET AL.

_____

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____
       DISTRICT OF SOUTH DAKOTA SOUTHERN DIVISION

    c. Case or docket number: 4:20 - CV - 04083 - LLP
    d. Claims raised: 8TH AND 1ST AMENDMENT

_____

    e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

_____

    f. Approximate date lawsuit was filed: MARCH, 2020
    g. Approximate date of disposition: PENDING

4. Second prior lawsuit:
    a. Parties to previous lawsuit:
       Plaintiff: MARK CHRISTIANS
       Defendants: NANCY CHRISTENSEN, ET AL.

_____

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____
       DISTRICT OF SOUTH DAKOTA SOUTHERN DIVISION

    c. Case or docket number: 4:22 - CV - 04072 - LLP
    d. Claims raised: 1ST, 8TH, 14TH AMENDMENTS

_____

    e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

_____

    f. Approximate date lawsuit was filed: MAY 2022
    g. Approximate date of disposition: PENDING

5. Third prior lawsuit:
    a. Parties to previous lawsuit:
       Plaintiff: _____
       Defendants: _____

_____

    b. Court: (If federal court, identify the district; if state court, identify the county.) _____

    c. Case or docket number: _____
    d. Claims raised: _____

_____

    e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?

_____

    f. Approximate date lawsuit was filed: _____
    g. Approximate date of disposition: _____

(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   STATE LAW NEGLIGENCE/MALPRACTICE
   8TH AMENDMENT AND NEGLIGENT INFLICTION OF
   EMOTIONAL DISTRESS

2. Count I involves: (Check only one: if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   I WAS PRESCRIBED EXTRA PROTEIN IN MY DIET, BY A
   SPECIALIST. I WAS ON AN EXTRA PROTEIN DIET FOR
   ABOUT FOUR YEARS AND WAS DOING WELL. STEVEN
   SWYGERT FALSELY TOLD MEDICAL STAFF I WAS
   GIVING AWAY MY EXTRA PROTEIN SNACK. NP ALYSSA
   WELBIG CANCELLED MY EXTRA PROTEIN W/O EXAMINING
   ME OR TALKING TO ME AND W/O REFERRING TO
   MY SPECIALIST. SHE DID SO STRICTLY DUE TO THE
   FALSE ALLEGATION OF GIVING THE PROTEIN AWAY.
   JOE HANVEY DENIED MY ADDITIONAL PROTEIN, EVEN
   THOUGH IS WAS PRESCRIBED BY A SPECIALIST AND
   I WAS DOING WELL ON IT. ALYSSA WELBIG ALSO
   DENIED REINSTATING MY PROTEIN SNACK EVEN
   THOUGH SHE CANCELLED IT UNDER FALSE PRETENSES
   TIM SCHNEIDER, DAN SULLIVAN AND MELISSA MATURAN ALL
   DENIED MY GRIEVANCES EVEN AFTER KNOWING WHAT HAPPENED
   I WAS TOLD TO PURCHASE MORE COMMISSARY.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   MY MUSCLES HAVE ATROPHIED AND I HAVE LOST
   ABOUT 50 POUNDS SINCE THE CANCELLATION OF MY
   SNACK. THIS IS MOSTLY MUSCLE AND SIGNIFICANT
   STRENGTH LOSS. THIS WAS FROM OCT 2022 TO PRESENT.

5. **Administrative Remedies:** MENTAL DISTRESS.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

COUNT II

1.  The following constitutional or other federal right has been violated by the Defendant(s):
    8TH AMENDMENT     MONELL CLAIM     MALPRACTICE
    STATE LAW NEGLIGENCE   AND NEGLIGENT INFLICTION
    OF EMOTIONAL DISTRESS     CONSPIRACY

2.  Count II involves: (Check only one: if your claim involves more than one issue, each issued should be stated
    in a different count)     ☐ Medical care     ☐ Access to the court   ☐ Mail
    ☐ Disciplinary proceedings     ☐ Retaliation     ☐ Exercise of religion  ☐ Property
    ☐ Excessive force by an officer  ☐ Threat to safety   ☒ Other: INADEQUATE NUTRITION.

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe
    exactly what each Defendant did or did not do to violate your rights. State the facts clearly in
    your own words without citing legal authority or arguments).
    WE ARE RECEIVING INADEQUATE NUTRITION FROM ARAMARK/DOC.
    I HAVE LOST OVER 50 POUNDS, MOST OF WHICH WAS
    MUSCLE, I HAVE INFORMED ARAMARK OF THIS THROUGH
    MULTIPLE LETTERS, INCLUDING CERTIFIED MAIL. THE
    WEIGHT WAS LOST OVER JUST A FEW MONTHS, INCLUDING
    A 20 POUND WEIGHT LOSS OVER A ONE MONTH PERIOD.
    THROUGH HAND DELIVERED KITES TO THE ARAMARK
    SUPERVISORS THEY WERE ALSO INFORMED OF MY
    WEIGHTLOSS AND MEDICAL ISSUES RELATED DIRECTLY TO
    THE INADEQUATE NUTRITION THEY PROVIDE. THE KITES
    AND LETTERS INCLUDED MY GRIEVANCES, DIETARY GUIDELINES
    AND OTHER NUTRITIONAL INFORMATION. NOT A SINGLE
    REPLY HAS BEEN GIVEN AND MY DIET HAS NOT BEEN
    ADJUSTED. WE ARE RECEIVING ONLY ABOUT 1500 CALORIES
    A DAY OF NUTRITIONAL FOODS AND SHOULD BE GETTING
    NEARLY DOUBLE THAT AT THE LEAST. DOC DEFENDANTS
    WERE NOTIFIED BY GRIEVANCES.

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    WEIGHTLOSS OF 50 POUNDS IN JUST A FEW MONTHS. MUSCLE
    ATROPHY, STRENGTH LOSS, HUNGAR PAINS, WEAKNESS FATIGUE,
    MENTAL ANGUISH. THE WEIGHT LOSS WAS BETWEEN
    JANUARY 2023 AND APRIL 2023. HIGH CHOLESTEROL, DYSLIPDEMIA

5.  **Administrative Remedies:** RESULTING IN HIGH RISK CARDIAC ISSUES, AND
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) SEVERE
        available at your institution?                     ☒ Yes ☐ No   CHEST
    b.  Did you submit a request for administrative relief on Count II?     ☒ Yes ☐ No   PAIN,
    c.  Did you appeal your request for relief on Count II to the highest level?  ☒ Yes ☐ No  HYPERLIPIDEMA.
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly
        explain why you did not.

    INJURY CONT: LOST AN ADDITIONAL 12 POUNDS (MUSCLE
    ATROPHY) IN ABOUT TWO WEEKS.

COUNT 11 CONT

MY CHOLESTEROL HAS BEEN ABOVE NORMAL LEVELS AND THE CHOLESTEROL MEDICATION I WAS TAKING WAS CHANGED TO LOVASTATIN AND NOW DOUBLED IN DOSE. DR. MARK RICHTER SAID IT IS DUE TO MY DIET AND PRESCRIBED ME A CARDIAC DIET WITH LOW FAT AND LOW CHOLESTEROL WITH MORE WHOLE LEAN MEATS INCLUDING CHICKEN BREAST AND FISH WITH MORE FRUIT AND VEGETABLES. THIS IS WHAT HE INSTRUCTED ME AND I MADE DOC ADMINISTRATION AWARE INCLUDING TIM SCHNEIDER, TERESA BITTINGER, KELLIE WASKO, MELISSA MATURAN BUT NONE HAVE ACTED ON THE MATTER AS I'm STILL NOT RECEIVING THE DIET THE DOCTOR TOLD ME. I ALSO INFORMED THE ARAMARK DEFENDANTS BUT THEY REFUSE TO COMPLY SERVING ME A MAIN LINE DIET WITH HIGH FAT MEAT, DEEP FAT FRIED FOODS, CHEESES AND SWEETS THREE TIMES A DAY. OTHER FOODS SERVED ARE FRIED IN BUTTER. ALL OF WHICH DR. RICHTER TOLD ME I SHOULD NOT BE CONSUMING. MY PROVIDER VISIT WITH DR. RICHTER WAS SEPTEMBER 21, 2023 AND MY DIET HAS NOT BEEN CORRECTED. THE DOCTOR SAID HE'S WORRIED ABOUT PLAQUE BUILDUP AND CARDIO VASCULAR DISEASES IF I CAN'T GET MY CHOLESTEROL DOWN IN NORMAL RANGE.

COUNT 11 CON'T

WHILE THE FOREGOING STILL APPLIES ON MARCH 16, 2024 ANOTHER DIET ORDER WAS ISSUED FOR MORE FRUIT, VEGETABLES, WHOLE GRAINS AND LEAN MEATS. THIS SO FAR HAS ONLY SEEN AN INCREASE IN FRUIT SERVED. THE REST OF THE DIET ORDER IS NOT FOLLOWED AT ALL OR NOT FOLLOWED AS ORDERED. SINCE, THE DIET HAS BEEN EXPIRED. DR. RICHTER SAID HE MEANT FOR IT TO BE AT LEAST A YEAR OUT, BUT "MUST HAVE ENTERED THE WRONG YEAR" (2024 NOT 2025) AND IT EXPIRED AFTER TWO WEEKS TO SIX WEEKS. HE SAID HE WOULD RE-ENTER BUT FAILED TO DO SO. THEN IN JUNE 2024, N.P. SHELBY BLACK SAID SHE WOULD BE SURE DR. RICHTER'S ORDERS WOULD BE "COPIED AND PASTED" TO RE-ENTER, HOWEVER SHE DID NOT DO SO AND ORDERED A "CARDIAC DIET" CONTAINING 2000 CALORIES PER DAY (ALLEGEDLY). THIS IS THE SAME AS PRIOR YEARS OF WHICH ARAMARK DOES NOT PROVIDE. I INFORMED BLACK OF THIS AND CIERRA REVOLORIO OF THIS AT A FOLLOW UP APPOINTMENT THE NEXT WEEK, TOLD THEM OF WASKO'S REPLY AND ARAMARK WOULD NOT HONOR IT. THEY SUPPLIED ME WITH A "MENU" OF A CARDIAC DIET BUT AGAIN ARAMARK REFUSED TO PROVIDE IT. BLACK AND REVOLORIO REFUSED TO HONOR DR. RICHTER'S PREVIOUS ORDER OF A SPECIFIC PROVIDER DIET AND SAID THE CARDIAC DIET WAS OK, KNOWING THAT IT WAS NOT PROVIDED. I ADDITIONALLY POINTED OUT MY LOSS OF MUSCLE, PREVIOUS SPECIALISTS AND DOCTOR'S ORDERS OF EXTRA PROTEIN AND THE "CARDIAC DIET" IN THE MENU THEY PROVIDED DID NOT MEET DOCTOR RICHTER'S ORDERS (IT LACKED SIGNIFICANT VEGETABLES, WHOLE GRAINS, LEAN MEATS AND EXTRA PROTEIN AT MINIMUM). THEY INSISTED NOTHING MORE COULD BE DONE ALTHOUGH POLICY STATED THEY HAD VARIOUS OPTIONS TO TREAT MY CARDIAC DISEASE AND PREVENT MORE DAMAGE. TO POINT OUT THE TOP DIETICIANS, FOOD

LEGAL USE ONLY

# COUNT II - CON'T

SCIENTISTS AND PHYSICAL DOCTORS IN THE NATION AND WORLD DISAGREE WITH BLACK'S ASSESSMENT AND ORDERS. SINCE BLACK'S ORDERS I'VE LOST AN ADDITIONAL 12 POUNDS, AGAIN, PRIMARILY MUSCLE (HER 2000 CALORIE DIET WAS PROVIDED "SOMEWHAT" FOR ROUGHLY 6-7 DAYS WHERE I LOST 7 POUNDS) (AN ADDITIONAL 5 POUNDS WAS LOST AFTER AGAIN BEING INFORMED WRAMARK DOES NOT PROVIDE THE DIET BLACK ORDERED) SO TO CLARIFY, I WAS ON A MAIN LINE (REGULAR) DIET AND LOST 5 POUNDS HOWEVER, THIS WAS IN THE SHU WHERE COMMISSARY IS NOT ALLOWED AND I WAS SOLELY DEPENDANT ON ARAMARK'S FOOD PROVIDED. THE DATES OF WEIGHT LOSS WAS 7 POUNDS FROM JUNE 3 TO JUNE 10 AND 5 POUNDS FROM JUNE 13 TO JUNE 18 (SHU).

ARAMARK HAS A CUSTOM OF PROVIDING INADEQUATE FOOD AND SMALLER THAN MENU PORTIONS ON A DAILY BASIS TO SAVE MONEY AT THE EXPENSE OF INMATE HEALTH.

JENNIFER JACKSON REFUSED TO GIVE ADDITIONAL FRUITS, VEGETABLES, WHOLE GRAINS AND LEAN PROTEIN - OR ADDITIONAL PROTEIN TO TREAT MY DYSLIPIDEMIA/HYPERLIPIDEMIA EVEN THOUGH IT WAS DOCTOR ORDERED SPECIFICALLY FOR SPECIFIC SERVING AMOUNTS, NOR DID SHE ADDRESS MY MUSCLE WASTING/ATROPHY. HER REFUSALS GO AGAINST DECADES WORTH OF SCIENTIFIC EVIDENCE, TOP DIETICIANS, DOCTORS AND FOOD SCIENTISTS AND THE SD DOC's OWN POLICY (DOH). BLACK'S REFUSALS ALSO WAS IN APPOSITE DOC/DOH POLICY. AMBER PIRAGLIA REFUSED TO CORRECT MY DIET AND WITH WASKO BETTNGER, ARAMARK AND ITS EMPLOYEES CONSPIRED TO PROVIDE INADEQUATE NUTRITION TO REDUCE BUDGET COSTS AND MAKE PROFIT AT THE EXPENSE OF INMATE HEALTH AND VIOLATING OUR RIGHTS TO RECEIVE ADEQUATE NUTRITION, THE CONSPIRACY CLAIM SHOULD ALSO INCLUDE JACKSON BY HER ACTIONS.

14

LEGAL USE ONLY

JACKSON, LIKE THE OTHER DOC DEFENDANTS KNOW ABOUT THE INADEQUATE NUTRITION, YET LIKE ARAMARK TRY TO CONVINCE OTHERS THE FOOD IS ADEQUATE EVEN WHEN HARD FACTUAL EVIDENCE DISPUTES THEIR CLAIMS. IN ESSENCE THEY MADE A PLAN TO TELL US (INMATES) WE ARE BEING PROVIDED 2700 CALORIES DAILY WHILE KNOWINGLY AND PURPOSELY PROVIDING AROUND 1500 CALORIES DAILY OF NUTRITIOUS FOOD (AND I USE THE TERM "NUTRITIOUS" LOOSELY). ITS LIKE TELLING A RESONABLE PERSON (POSSIBLE JUROR) THE SKY IS GREEN AND THE GRASS IS BLUE IN AN EFFORT TO DEFRAUD.

TO THE MALPRACTICE CLAIM AGAINST BLACK, SHE KNOWINGLY ORDERED A DIET OF 2000 CAL/DAY EVEN THOUGH MY DIETARY NEEDS ARE ROUGHLY TWICE THAT WHICH CAUSED UNSAFE WEIGHT LOSS (MUSCLE ATROPHY) AT A RATE 7 TIMES RECOMMENDED TO BE CONSIDERED SAFE. ADDITIONALLY SHE DID NOT PROVIDE A DIET TO CORRECT MY CARDIAC DISEASE KNOWING I HAD IT AND KNOWING THE DIET SHE ORDERED WAS NOT BEING HONORED AND SHE HAD THE ABILITY TO DO SO. THAT ALL APPLIES TO REVOLORIO AS WELL AND TO NEGLIGENCE CLAIMS AND CONSTITUTIONAL VIOLATIONS. DR. RICHTER SHOULD ALSO BE INCLUDED DUE TO HIS ACTIONS AND INACTIONS.

14-A

COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   8TH AMENDMENT
   MEDICAL MALPRACTICE/NEGLIGENCE - STATE LAW NEGLIGENCE,
   NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

2. Count III involves: (Check only one: if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care  ☐ Access to the court  ☐ Mail
   ☐ Disciplinary proceedings  ☐ Retaliation  ☐ Exercise of religion  ☐ Property
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   I WAS TO LISTEN TO MUSIC FOR MY PSYCHIATRIC
   CARE FOR OCD DIAGNOSES, I AM PROVIDED MEDICATION
   BUT LISTENING TO MUSIC HELPS THE MOST, THE MEDICAL
   STAFF AND THE DOC ARE REFUSING TO PROVIDE BATTERIES
   FOR ME TO LISTEN TO MUSIC ON MY RADIO.
   THIS INCLUDES DAN SULLIVAN, TERESA BITTINGER
   AND TIM SCHNEIDER, KAYLA THELEN, CASSANDRA, WASKO.
   CHEWING GUM ALSO AIDES IN MY OCD CONDITION BUT
   THE DOC WILL NOT LET ME DO THIS, I WAS TOLD
   TO CHEW GUM BY THE THERAPIST, I WAS TOLD
   TO LISTEN TO MUSIC BY THE THERAPIST/
   PSYCHIATRIST. THIS WAS NOTIFIED TO KAYLA THELEN,
   CASSANDRA, SCHNEIDER, BITTINGER AND WASKO.
   PLEASE NOTE THE ABOVE MEDICATION THAT WAS
   PROVIDED WAS SINCE REDUCED TO INEFFECTIVE LEVELS
   DUE TO DOC POLICY NOT PROVIDING SUCH MEDS / AND/OR
   CANCELLED,

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   MENTAL ANGUISH

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

COUNT IV

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   STATE LAW NEGLIGENCE

2. Count IV involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)
   □ Disciplinary proceedings     □ Medical care        □ Access to the court   □ Mail
   □ Excessive force by an officer □ Retaliation         □ Exercise of religion  □ Property
                                   □ Threat to safety    ☒ Other: OFFICER NEGLIGENCE RESULTING IN INJURY

3. Supporting Facts: (State as briefly as possible the FACTS supporting Count IV. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   DEC. 03, 2020 I WAS IN FULL CHAINS, BELLY CHAINS HANDCUFFED BOXED, AND LEG IRONS. AS I WAS EXITING THE TRANSPORT VAN ON RETURN TO PRISON I WAS DROPPED OR POSSIBLY TRIPPED BY CO'S IRVIN AND PAULSON AND DROPPED TO THE GROUND LANDING ON MY LEFT KNEE. I VISITED HEALTH SERVICES ABOUT THIS AND LATER HAD AN MRI. IT WAS DETERMINED THAT I DESTROYED MY ACL, AS IT IS NO LONGER THERE. CO IRVIN WAS IN THE VAN BEHIND ME AND DID NOT HAVE MY RESTRAINTS SECURED. PAULSON WAS IN FRONT AND MADE NO EFFORT TO STOP MY FALL. PROCEDURE IS FOR CORRECTIONS OFFICERS TO HAVE RESTRAINTS SECURED BY GRIPPING THEM TO PREVENT FALLS. IRVIN AND PAULSON WERE NOT FOLLOWING PROCEDURE RESULTING IN MY INJURY.

4. Injury: (State how you have been injured by the actions or inactions of the Defendant(s)).
   MY KNEE IS COMPLETELY MESSED UP. I CAN NO LONGER RUN, JOG OR DO CERTAIN EXERCISES INVOLVING MY LEG. IT'S IN PAIN (MY LEG). TORN ACL.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    ☒ Yes □ No
   b. Did you submit a request for administrative relief on Count IV?          ☒ Yes □ No
   c. Did you appeal your request for relief on Count IV to the highest level? ☒ Yes □ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I WAS ORIGINALLY DENIED A GRIEVANCE BY DAREK EKEREN DUE TO THIS "NOT A GRIEVABLE OFFENSE".

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

COUNT ☰ V

1. The following constitutional or other federal right has been violated by the Defendant(s):
   8TH AMENDMENT          4TH AMENDMENT
   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
   FAILURE TO TRAIN OR NOMINATE BY WASKO

2. Count ☰ V involves: (Check only one: if your claim involves more than one issue, each issued should be stated in a different count)          ☐ Medical care          ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings          ☐ Realiation          ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer      ☒ Threat to safety      ☒ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   FROM SEPT. OR OCT. OF 2021 TO JAN. OR FEB. OF 2022.
   THEN CPL STEVEN SWYGERT TOOK ME IN THE RESTROOM
   TO PERFORM A URINE TEST. HE MADE ME STRIP NAKED
   AND PUT MULITPLE FINGERS IN MY ANUS MOVING
   THEM RAPIDLY BACK AND FORTH. HE SAID HE WAS
   SEARCHING FOR CONTRABAND AND THAT DRUGS
   WERE REPORTED. HE DID THIS THREE TIMES
   BETWEEN THE DATES LISTED ABOVE. I LATER
   FOUND OUT THIS WAS NOT STANDARD PROCEDURE
   AND THIS IS RAPE. STEVEN SWYGERT RAPED
   ME THREE TIMES UNDER THE GUISE OF SEARCHING
   FOR CONTRA BAND. HE HARRASSED ME SEXUALLY
   BY STARING AT ME NAKED IN THE SHOWER AREA
   AND SAYING THINGS LIKE "HOW WOULD YOU LIKE
   A LITTLE SWYGERT IN YA" HE WOULD LICK HIS
   LIPS AND WINK AT ME TO RUB IT IN. SEVERAL
   TIMES HE GRABBED MY CROTCH AND ON THE BUTT.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   I BLED FROM MY RECTUM AND NOW HAVE A CONSTANT
   SORE BACK THERE. IT HAS NOT GONE AWAY SINCE IT
   STARTED. MENTAL ANGUISH. I BELIEVE SOMETHING TORE
   IN MY RECTUM AREA THAT CAUSED THE BLEEDING AND PAIN.

5. **Administrative Remedies:**  HUMILIATION, NIGHTMARES.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?          ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count ☰ V?          ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count ☰ to the highest level?          ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____
   _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

_____

COUNT V. CON'T

WHEN I REFUSED TO LET SWYGERT PUT FINGERS IN MY ANUS, HE THREATENED ME WITH A MAJOR WRITE UP FOR REFUSING A DIRECT ORDER AND I WOULD BE PLACED IN THE SHU.

DURING SWYGERT'S EMPLOYMENT, HE WAS VERY VOCAL ABOUT HIS HOMOSEXUALITY, OFTEN TALKING ABOUT HIS BOYFRIEND/HUSBAND AND THEIR SEX ACTS. THIS WAS GENERALLY KNOWN THROUGHOUT THE PRISON.

THIS HAPPENED TO MULTIPLE OTHER INMATES AND REPORTED TO DOC OFFICIALS BUT AS FAR AS I KNOW WAS NEVER ADDRESSED WITH SWYGERT. HE WAS TERMINATED OR FORCED TO RESIGN ON OTHER ALLEGATIONS OF IMPROPER CONDUCT AGAINST AN OFFICER TO THE BEST OF MY KNOWLEDGE.

## COUNT VI

1. The following constitutional or other federal right has been violated by the Defendant(s):

   14TH AMENDMENT EQUAL PROTECTION / TREATMENT
   1ST AMENDMENT RETALIATION
   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS - STATE LAW

2. Count VI involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☒ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count VI. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   ON MULTIPLE DATES STEVEN SWYGERT LAID ME IN AND LOCKED MY DOOR WHEN I WAS SUPPOSED TO BE WORKING. WHEN I ASKED HIM WHY HE LAID ME IN HE SAID "IF YOU'RE GONNA FILE A GRIEVANCE ON ME THIS IS WHAT YOU GET - LOCKED DOWN." EVERY OTHER INMATE WORKER AND ORDERLY WAS ALLOWED TO GO TO WORK AT THEIR RESPECTIVE JOBS

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   MENTAL ANGUISH
   RETALIATION INJURY

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count VI?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count VI to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## COUNT VII

1. The following constitutional or other federal right has been violated by the Defendant(s):
   STATE LAW SMALL CLAIMS/THEFT

2. Count VII involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care    ☐ Access to the court    ☐ Mail
   ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion    ☒ Property
   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: SMALL CLAIMS - STATE LAW THEFT

3. Supporting Facts: (State as briefly as possible the FACTS supporting Count VII. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   I WAS NOT PAID FOR 36.5 HOURS OF WORK IN OCTOBER OF 2022. AT $.25/HOUR I WAS SHORTED $9.13. TIM SCHNEIDER REFUSED TO APPROVE MY GRIEVANCE OR PAY.

4. Injury: (State how you have been injured by the actions or inactions of the Defendant(s)).
   I WAS NOT PAID $9.13 BY THE DOC FOR WORK PROVIDED.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count VII?    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count VII to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not.

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   8TH AMENDMENT MONELL CLAIM
   STATE LAW NEGLIGENCE AND NEGLIGENT INFLICTION
   OF EMOTIONAL DISTRESS    CONSPIRACY CLAIM

2. Count III involves: (Check only one: if your claim involves more than one issue, each issued should be stated in a different count)    ☐ Medical care    ☐ Access to the court    ☐ Mail
   ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion    ☐ Property
   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: INADEQUATE NUTRITION

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   SUMMIT DEFENDANTS WERE DELIVERED A COMPLAINT BY
   THE US MARSHAL SERVICE SHOWING A 90 POUND WEIGHT
   LOSS AMONG OTHER AILMENTS DUE TO A LACK OF CALORIES,
   THEY DID NOTHING TO CHANGE OR ADJUST MONATHES
   DIET AND SUBSEQUENTLY FROM 3-20-2021 TO 4-3-2021
   CHRISTIANS LOST AN ADDITIONAL 16 POUNDS, THE COMPLAINT
   WAS DELIVERED ON 1-14-2021 TWO FULL MONTHS
   PRIOR TO CHRISTIANS SECONDARY WEIGHTLOSS, NO DIET
   ADJUSTMENTS WERE MADE FOR NEARLY TWO YEARS
   AFTER NOTIFICATION OF CHRISTIANS RISK OF INJURY,
   MEALS CONSISTED OF LESS THAN 2000 CALORIES AND
   SHOULD HAVE CONTAINED MORE THAN 3000 CALORIES
   CHRISTIANS 16 POUND WEIGHT LOSS WAS WHEN HELD
   IN THE SHU WHERE HE WAS DEPENDANT SOLELY ON
   SUMMIT PROVIDED FEWS AND DIDN'T HAVE
   COMMISSARY, CHRISTMAS WEIGHED 233 ON 3-20-21
   AND 217 ON 4-3-2021 AND 228 JUST PRIOR TO THE SHU.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   LOST 16 POUNDS IN TWO WEEKS, LOSS OF
   STRENGTH, MUSCLE ATROPHY, FATIGUE, HUNGER
   PAINS, DIZZINESS, LIGHTHEADEDNESS, VOMITING, STOMACH
   SICKNESS, DIARREAH

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____
   _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

# COUNT VIII - CON'T

FOR MANY YEARS WE WERE SERVED, ROTTEN, SPOILED AND/OR COMPLETELY DISGUSTING FOOD THAT WAS INEDIBLE, IT CAUSED SICKNESS AND VOMITING. VOMITING INCLUDES BOTH WHILE AN INMATE WAS EATING AND AFTER, IT WAS SO DISGUSTING AND INEDIBLE I (AND OTHERS) WOULD LITERALLY GAG ON THE FOOD AND VOMIT IN MY MOUTH WHILE TRYING TO FORCE IT DOWN. BOTH MYSELF AND MANY OTHER INMATES, I WOULD SAY THE VAST MAJORITY OF INMATES MADE SO MANY COMPLAINTS TO CBM/SUMMIT EMPLOYEES/SUPERVISERS AND DOC STAFF AND TOP ADMINISTRATORS THAT AT ONE POINT, EXECUTIVES FROM SUMMIT CAME IN TO VIEW AND CORRECT THE ISSUE. ULTIMATELY THE FOOD (BOTH INADEQUATE NUTRITION AND DISGUSTING, INEDIBLE FOOD) WAS NOT CORRECTED. IT SHOULD BE STATED SUMMIT ALSO RAN THE COMMISSARY PROGRAM FOR PROFIT CHARGING VERY HIGH PRICES FOR OTHERWISE INEXPENSIVE FOOD ITEMS. BOTH THE DOC AND SUMMIT PROFITED BY COMMISSARY SALES. THE CUSTOM AND/OR POLICY OF SUMMIT AND THE DOC WAS TO PROVIDE SUCH INEDIBLE FOOD (AND INADEQUATE AMOUNTS) IN ORDER TO INCREASE COMMISSARY SALES. I ALSO WANT TO STATE PORTIONS SERVED OFTEN WERE LESS THAN WHAT THE MENU STATED (WHICH WAS ALREADY INADEQUATE). WITH THE TERMINATION OF WARDEN DARIN YOUNG AND OTHER DOC. ADMINISTRATORS, NEW WARDEN DAN SULLIVAN MADE ISSUE OF THE TERRIBLE FOOD AND STATE DID NOT RENEW SUMMITS CONTRACT OPTING FOR NOW ARAMARK (ALTHOUGH NOW MOSTLY EDIBLE, INADEQUATE NUTRITION TO MAINTAIN HEALTH AND PORTIONS SMALLER THAN SPECIFIED STILL PERSIST)
 YOUNG, DREISKE, PONTO, COOK, FLUKE, LEIDHOLT, SCHIEFFER (AS DOC OFFICIALS AT THE TIME) AND SUMMIT FOODS AND THEIR EMPLOYEES AND EXECUTIVES CONSPIRED TO DEPRIVE INMATES FOOD AND ADEQUATE NUTRITION IN

22.

LEGAL USE ONLY

AN EFFORT TO REDUCE BUDGET COSTS, INCREASE REVENUE/ PROFIT FROM BOTH THE COST OF SAVING MONEY ON FOOD AND DRIVING UP COMMISSARY SALES OF WHICH BOTH PROFITED. INMATES WERE FORCED TO BUY ADDITIONAL COMMISSARY TO STAY FED AND MAINTAIN HEALTH, BY DOING SO DEFENDANTS VIOLATED OUR RIGHTS TO RECEIVE ADEQUATE NUTRITION. ADDITIONALLY, THE OFFICIALS CONSPIRED TO PROVIDE INCREASINGLY INADEQUATE NUTRITION TO INMATES HELD IN SHU AND A-FLOOR TO FURTHER PUNISH INMATES WITH LESS FOOD CAUSING VARIOUS HEALTH CONSEQUENCES INCLUDING WEIGHT LOSS, MUSCLE ATROPHY, HUNGER PAINS/PANGS, FATIGUE, ETC. ALL WERE WELL AWARE OF THESE ALLEGATIONS ABOVE BUT SIMPLY ALWAYS REPLIED THE FOOD IS ADEQUATE, IT'S LIKE TRYING TO CONVINCE A REASONABLE CITIZEN (POSSIBLE JUROR) THAT THE SKY IS GREEN AND THE GRASS IS BLUE.

22-A

COUNT IX

1. The following constitutional or other federal right has been violated by the Defendant(s): MALPRACTICE
   8TH AMENDMENT, SUPERVISOR NEGLIGENCE
   STATE LAW ~~CLAIMED~~ NEGLIGENCE / MEDICAL MALPRACTICE,
   NEGLIGENT / INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

2. Count IX involves: (Check only one; if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. Supporting Facts: (State as briefly as possible the FACTS supporting Count IX Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   ON OCTOBER 11, 2023, I TALKED TO NURSE PRACTITIONER
   JULIE COX WHO CHANGED THE DOSAGE OF MY
   HYDROXYZINE TO A LOWER INEFFECTIVE LEVEL
   AND CHANGE THE TIME TO AN INEFFECTIVE TIME
   TAKEN. I HAVE TRIED BOTH THE LOWER DOSAGE
   AND TIME FRAME IN THE PAST AND IT WAS
   INEFFECTIVE THEN AS WELL. SHE ALSO REFUSED
   TO ADDRESS MY OCD SYMPTOMS THAT I
   HAVE BEEN TAKING MEDICATION FOR FOR AT
   LEAST FOUR YEARS. SHE HAS ABSOLUTELY NO
   REASON TO CHANGE THE DOSAGE AS I REPORTED
   THE CURRENT DOSAGE AND TIME FRAME WAS
   HELPFUL. IT WAS PRESCRIBED BY PREVIOUS
   DOCTORS. JULIE COX HAS SINCE REFUSED TO
   SEE ME AND IT HAS BEEN TWO MONTHS.
   I AM CURRENTLY ON NO MEDICATION DUE TO JULIE COX
   THAT NUMEROUS PROFESSIONALS DEEMED NECESSARY.

4. Injury: (State how you have been injured by the actions or inactions of the Defendant(s)).
   SEVERE MENTAL ANGUISH, INSOMNIA, TICS,
   DELUSIONS, PARANOID THOUGHTS SWEATS CHILLS,
   NAUSEA, HEADACHES, CONFUSION SOMATIC PAIN,
   HUMILIATION, DYSLIPIDEMIA, METABOLIC SYNDROME, COGNITIVE,

5. Administrative Remedies: MEMORY, AND PERFORMANCE DEFICITS
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count IX?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count IX to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

   CON'T
   FROM
   ABOVE→ WHILE HAVING A MENTAL HEALTH EMERGENCY I ASKED LT. GRASE

   (If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)
   FOR ASSISTANCE AND TO CALL MENTAL HEALTH TO ASSIST, HIS
   REPLY WAS "NO," WHICH COMPOUNDED THE DISTRESS I WAS UNDER.

## COUNT IX Con't.

MULTIPLE PRIOR PSYCHIATRIST HAVE ALL DEEMED A BEDTIME DOSAGE OF MEDICINE APPROPRIATE FOR MY CARE. COX ALSO CHANGES THE HYDROXYZINE DISTRIBUTION TIME TO A MUCH EARLIER TIME WHICH WAS PREVIOUSLY TRIED AND DEEMED INEFFECTIVE. THE HYDROXYZINE DOSE WAS ORIGINALLY PRESCRIBED BY PSYCHIATRIST KRISTEN HANZLIK FOR BEDTIME. HANZLIK ALSO ORIGINALLY PRESCRIBED THE LOWEST DOSAGE OF HYDROXYZINE BUT RAISED IT AFTER A COUPLE OF WEEKS TO THE NEXT DOSAGE DUE TO THE PRIOR NOT WORKING/HELPING. AGAIN THIS WAS REDUCED BY COX FOR NO APPARENT REASON BACK TO THE INEFFECTIVE LEVEL AND NO OTHER TREATMENT OPTIONS WERE OFFERED.

ON JANUARY 10, 2024 (THREE MONTHS AFTER INITIAL VISIT AND FOUR MONTHS AFTER COMING OFF OTHER MEDICATION FOR OCD) I WAS SEEN BY JULIE COX AGAIN. THIS WAS AFTER DOZENS OF KITES, GRIEVANCES AND CONVERSATIONS WITH MULTIPLE HEALTH/BEHAVIORAL SERVICES STAFF AND DOC STAFF (EXPLAINING MY MENTAL HEALTH CONCERNS, AGONY, PAIN, ISSUES BEGGING FOR ASSISTANCE). COX, AGAIN REFUSED TO ADDRESS MY OCD SYMPTOMS (PREVIOUSLY DIAGNOSED AND TREATED BY MULTIPLE PSYCHIATRISTS) OR RESULTING ANXIETY OR INSOMNIA OF NO MEDICATION. SHE DID REINSTATE THE HYDROXYZINE TO THE LOWEST INEFFECTIVE LEVEL WHICH SHE WAS REPEATEDLY TOLD DID NOT HELP. SHE OFFERED NO OTHER OPTIONS, IN FACT REFUSED. SHE STATED SHE WOULD SEE ME IN "ABOUT A MONTH."

ON FEBRUARY 7, 2024 COX SEEN ME AGAIN AND FINALLY ADDRESSED MY OCD. SHE SUGGESTED PROZAC AND FLUOXYTINE WHICH COULD TAKE WEEKS TO BECOME EFFECTIVE AND DOSE CHANGES COULD BE ADDRESS LATER. I EDUCATED HER THAT I BELIEVED

## COUNT IX CON'T.

BOTH OF THOSE FOR MANY MONTHS AT VARYING DOSES AND THEY WERE NOT EFFECTIVE FOR OCD. SHE THEN ASKED IF SHE HAD MY RECORDS. I STATED I HAD BEEN TREATED FOR OVER FIVE YEARS BY PRISON MENTAL HEALTH. AT THIS POINT SHE STATED SHE WOULD REVIEW MY CHART AND SEE ME IN A WEEK WITH A NEW MEDICATION PLAN TO ADDRESS OCD. SHE AGAIN REFUSED THE NEXT LEVEL DOSAGE OF HYDROXYZINE. IT HAS NOW BEEN NEARLY TWO MONTH SINCE THIS LAST VISIT AND MS. COX OR ANYONE ELSE FROM MENTAL HEALTH HAS SEEN ME. IT HAS BEEN NEARLY EIGHT MONTHS OF NO SPECIFIC MEDICATION FOR OCD AND SIX MONTHS SINCE THE REDUCTION IN HYDROXYZINE WITH NO OTHER OPTIONS FOR TREATMENT.

KAYLA THELEN IS THE MENTAL HEALTH SUPERVISOR WHO FAILED TO MONITOR, TRAIN OR SUPERVISE THE ABOVE PROVIDER OR ASSUME RESPONSIBILITY FOR MY CARE AND TREATMENT AFTER SHE WAS INFORMED OF THE MISTREATMENT/NEGLIGENCE/DELAY OF COX.

WASKO, BITTINGER, AND HAYNES ALL RESPONSIBLE FOR THE LACK OF ADEQUATE STAFF TO PROVIDE TIMELY MENTAL HEALTH CARE OR SUPERVISION OF WHICH THEY WERE INFORMED. AT ONE POINT THERE WAS NO PSYCH PROVIDER AT ALL TO ADDRESS HUMANE NEEDS.

ON APPROX. MARCH 28, 2024 I WAS TOLD I'D BE SEEN IN SIX WEEKS TO ADJUST MEDS. IT HAS NOW BEEN ABOUT 13 WEEKS AND I HAVE NOT BEEN SEEN. I'VE KITED MULTIPLE TIMES AND SPOKE TO LIZ MULTIPLE TIMES ABOUT NOT BEING SEEN AND I HAVE HAD NO OR ZERO COMMUNICATION BACK ABOUT A POSSIBLE APPOINTMENT WITH A PSYCH DOC. CASSANDRA DID NOT RESPOND TO MULTIPLE KITES ASKING ABOUT TREATMENT AND HER SUPERVISOR THELEN DID NOT RESPOND TO INQUIRIES ABOUT THE LACK OF KITE RESPONSES.

25

COUNT ~~&~~ X

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
8TH AMENDMENT, ANY OTHER APPLICABLE CONSTITUTIONAL
AMENDMENT AND STATE LAW NEGLIGENCE AND NEGLIGENT
INFLICTION OF EMOTIONAL DISTRESS

2. Count ~~X~~ involves: (Check only one: if your claim involves more than one issue, each issued should be stated in a different count)
   - ☒ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: MENTAL HEALTH

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count ~~X~~. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   I HAVE NOT BEEN PROVIDED MENTAL HEALTH CARE FOR APPROX.
   SEVEN MONTHS. I INFORMED WARDEN TERESA BITTINGER, KELLIE
   WASKO, KAYLA THELEN AND CIERRA RENOLARIO THROUGH
   MULTIPLE GRIEVANCES AND KITES OF THE TREATMENT
   (LACK THERE OF), DELAYS (EXCESSIVE) BETWEEN APPOINTMENTS,
   INAPPROPRIATE RESTRICTION OF MEDICATIONS DEEMED
   NECESSARY/APPROPRIATE FOR TREATMENT AND TIME
   RESTRICTIONS OF MEDICATIONS DISTRIBUTED (FACILITY WIDE
   NOT BASED ON INDIVIDUAL TREATMENT PRESCRIPTIONS BY
   DOCTORS ORDERS) ALL PERTAINING TO MY MENTAL
   HEALTH CARE. THIS IS DUE TO NURSE/STAFF NEGLIGENCE
   AND STAFFING SHORTAGES ABLE TO PROVIDE ADEQUATE
   (EDUCATED/COMPETENT) CARE AND ATTENTION. ALSO LACK OF TRAINED THERAPIST
   TO PROVIDE DAILY/WEEKLY THERAPY NOW LIMITED TO
   ONE TIME MONTHLY AND THE THERAPIST THEMSELVES
   ARE UNDERTRAINED IN THE FIELD AND LACK SUPERVISION.
   ALL PARTIES WERE INFORMED OF WOMEN LISTED BELOW. (CON'T)

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   EXTREME MENTAL ANGUISH, INSOMNIA, HEADACHES, ~~████~~
   (DYSLIPIDEMIA) HIGH CHOLESTEROL, SOMATIC PAIN, CONFUSION, LACK OF
   METABOLIC COMPREHENSION/CONCENTRATION, DISTRESS, ANXIETY, HUMILIATIC
   SYNDROME (FROM ABOVE) AARON HAYNES, THELEN, RENOLARIO, BITTINGER AND WASKO ALL
   (COGNITIVE, 5. Administrative Remedies: RESPONSIBLE PARTIES FOR POLICY SETTING/HIRING.
   MEMORY, a. Are there any administrative remedies (grievance procedures or administrative appeals)
   AND available at your institution?   ☒ Yes ☐ No
   PERFORMANCE b. Did you submit a request for administrative relief on Count ~~X~~?   ☒ Yes ☐ No
   DEFICITS.) c. Did you appeal your request for relief on Count ~~X~~ to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly
   explain why you did not. SOME RESPONSES ARE PAST DOC REPLY TIMES AND
   I'M UNSURE IF I WILL GET AN ANSWER. WILL CONTINUE TO PURSUE,
   BUT HAVE NOT BEEN ADVISED OF A TIME EXTENSION

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)
THEIR (DOC/JULIE COX) OFFICIAL POLICY LIMITS, RESTRICTS, WILL NOT
ALLOW OR PROVIDE CERTAIN DOCTOR PRESCRIBED MEDICATIONS OR
ANY SUBSTITUTE INCLUDING, SLEEPING MEDICATION AND ADHD.

## COUNT XI

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   FIRST AND FOURTEENTH AMENDMENTS
   EQUAL PROTECTION / TREATMENT          FAILURE TO TRAIN

2. Count XI involves: (Check only one; if your claim involves more than one issue, each issued should be stated
   in a different count)          ☐ Medical care          ☒ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation            ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count XI. Describe
   exactly what each Defendant did or did not do to violate your rights. State the facts clearly in
   your own words without citing legal authority or arguments).
   THERE IS NO TRAINED LEGAL ASSISTANT TO HELP DECIFER
   LAW LIBRARY OR PROPERLY FILE PLEADINGS, LAW LIBRARY IS
   OFTEN (DAILY / WEEKLY) INACCESSABLE WHEN NEEDED. THERE IS
   NO STAFF TO RECEIVE OR DELIVER LEGAL MAIL TIMELY
   CAUSING DELAYS BY A WEEK OR LONGER (ONE ONE OCCASION
   OVER A MONTH). WHEN THERE IS STAFF FOR MAIL, INMATE
   REQUESTS TO SEND ARE DENIED AS STAFF IS "TOO BUSY" OR
   "NOT THEIR JOB" RESULTING IN MANY DAYS TO WEEKS DELAY
   IN MAILING FROM DATE DOCUMENTS WERE PREPARED. THIS RESULTS
   IN RUSHED OR POORLY PREPARED PLEADINGS AS THIS INMATE
   (AND OTHERS) MUST FACTOR IN WEEKS ADVANCE TO SUBMIT
   DOCUMENTS RESULTING IN VERY LIMITED TIME TO RESPOND /
   REPLY / PLEAD WHICH IS PREJUDICIAL. THIS IS COMPOUNDED
   BY NO TIMELY ACCESS TO THE LAW LIBRARY AND NO INSTRUCTION.
   ON MORE THAN ONE OCCASION BOTH INCOMING AND OUTGOING
   MAIL WERE OPENED OUTSIDE OF MY PRESENCE, SPECIFICLY

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   $505.⁰⁰ LOST ON APPEAL, RELIEF DENIED FOR POSSIBLY SUCCESSFUL CLAIM,
   ON MERITS, PREJUDICE ON PLEADINGS FROM UNTIMELY MAIL AND
   LACK OF CONSISTANT LAW LIBRARY, MISSING LEGAL DOCUMENTS AND NO
   INSTRUCTION ON LAW LIBRARY OR INTERPRETATION.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals)
      available at your institution?                                    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count XI?    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count XI to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly
      explain why you did not. VERBAL GRIEVANCES NOT ADDRESSED, GRIEVANCES NOT
      SUPPLIED (FORMS), SUBMITTED FORMS NOT REPLIED TO

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

# COUNT XI - CON'T

ON AT LEAST TWO OCCASSIONS I SENT A LETTER TO THE FEDERAL JUDGE, SEALED THE ENVELOPE IN THE D.O.C. OFFICERS PRESENCE AND FOUND OUT YEARS LATER THIS WAS REOPENED/REVIEWED AND PUT INTO A NEWLY ADDRESSED ENVELOPE BEFORE MAILING BY A DOC OFFICIAL (SETH HUGHES ASSUMINGLY AT THIS POINT). ON OTHER OCCASSIONS DOCUMENTS NEVER REACHED THEIR DESTINATION AND HAD TO BE RESENT UPON REALIZATION OF THIS. AND AT LEAST ONCE A LETTER FROM THE COURT CONTAINING APPEAL INSTRUCTIONS WAS OPENED OUTSIDE MY PRESENCE BEFORE BEING DELIVERED TO ME. THE APPEAL INSTRUCTIONS WERE NOT DELIVERED (REMOVED BY D.O.C. ASSUMING IT WAS NOT COURT CLERK ERROR). I ONLY DISCOVERED THE MISSING DOCUMENTS AT A MUCH LATER DATE UPON REVIEW OF A DOCKET. THIS CAUSED AN APPARENT PROCEDURAL ERROR IN THE APPEAL AT A COST OF $505.00. THIS WOULD INITIALLY APPLY TO WASKO AND BITTENGER AS TOP LEVEL ADMINISTRATORS IN CHARGE OF THIS POSITION. ALSO MAIL OFFICER                  AND TIM SCHNEIDER, TAYLOR YOST, GENIE BEETSCH (AS DIRECT SUPERVISOR OF JAMESON ANNEX) SETH HUGHES AND POSSIBLY OTHERS THAT MAY BE DETERMINED THROUGH DISCOVERY. ALL INFORMED OF ISSUES.

INMATES AT OTHER DOC FACILITIES ARE ALLOWED COMPUTER USEAGE FOR DOCUMENTS/WORK AT A COMPUTER LAB (MULTIPLE COMPUTERS). JAMESON IS LIMITED TO ONE PORTABLE NON-FUNCTIONING COMPUTER WHICH I HAVE NOT BEEN ALLOWED TO USE IN ABOUT FOUR YEARS. CURRENTLY, ALTHOUGH I STILL HAVE NOT BEEN ABLE TO USE IT, THE COMPUTER ALLEGEDLY HAS BEEN FIXED, HOWEVER THE ATTACHED PRINTER DOES NOT FUNCTION IN WHICH TO PRINT A DOCUMENT. ONE INMATE WAS ALLOWED SPECIAL PRIVILAGE TO USE A WORKING COMPUTER AND PRINTER IN THE LIBRARY FOR HIS LEGAL WORK (AT LEAST ONE INMATE - TWO I'M PERSONALLY AWARE OF). I WAS DENIED THIS PRIVILAGE.

## COUNT XII

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   EIGHTH AMENDMENT
   FIRST AMENDMENT - RETALIATION

2. Count XII involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☒ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☐ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: INADEQUATE FOOTWEAR

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count XII. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   DURING MY ENTIRE PRISON STAY THE DOC DETERMINED
   I HAD WIDE FEET AND PROVIDED ACCOMODATING FOOTWEAR,
   INITIALLY FOR THE FIRST SIX YEARS THESE WERE VELCRO, THEN
   I DEVELOPED ARTHRITIS IN MY FEET AND CUSTOM MADE
   ORTHODICS WERE MADE BY A SPECIALIST FOR RELIEF, THE
   INSTRUCTIONS FOR THE ORTHODICS TO BE EFFECTIVE REQUIRED
   A LACE UP SHOE, THIS WAS PROVIDED FOR ROUGHLY THE
   NEXT SIX YEARS, UPON REQUEST FOR A NEW PAIR OF SHOES
   IN JANUARY 2024, A NARROW FIT SHOE WAS PROVIDED. I
   TRIED THE SHOES BUT THEY CAUSED SEVERE BLISTERING ON
   MY FEET, CAUSING LACERATIONS AND BLEEDING. I REQUESTED
   A SHOE THAT FIT ME AND THE CUSTOM ORTHODICS, I WAS
   GIVEN THE "RUN AROUND" ABOUT A DOZEN TIMES, WAS REFERRED
   TO A DOCTOR WHO RECOMMENDED A WIDER SHOE, THIS WAS DENIED.
   RATHER THEY DEFERRED ME TO A SPECIALIST WHO AGAIN SAID
   I NEED A WIDE FIT LACE UP SHOE AND SAID HE'D

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   BLEEDING CUTS LACERATIONS AND BLISTERS ON FEET, NO SHOES
   TO WEAR, INCREASED ARTHRITIS PAIN DUE TO INADEQUATE
   FOOTWEAR FOR ORTHODICS AND $90.00 BUYING SHOES TO
   TRY TO FIND RELIEF.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count XII?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count XII to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I FILED ON ONE OFFICIAL BUT AM IN ~~CLOSED~~ FEAR OF THE OTHERS FOR POSSIBLE FURTHER NEGATIVE ACTIONS WHICH CAN FURTHER JEPERDIZE MY HEALTH AND SAFETY.

(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)
ADDITIONALLY PAST GRIEVANCES OF RETALIATION WAS SUPPORTED/
DENIED BY DOC AND/OR ASSURANCE OF MORE ESCALATING
RETALIATION IF I FILED ONE.

LEGAL USE ONLY

# COUNT XII - CON't

RECOMMEND THE SAME SHOE I CURRENTLY HAVE. THIS HAS BEEN DENIED. THEN THEY OFFERED ME AN INADEQUATE (AND WRONG WIDTH) MEDICAL SHOE (AFTER REPEATEDLY DENYING SUCH SHOE EARLIER). THEY'VE NOW SPENT AN ESTIMATE OF SEVERAL THOUSAND DOLLARS ON DOCTORS AND SPECIALISTS IN AN EFFORT TO TRY SOMEONE WHO WOULD RECOMMEND THAT I SHOULDN'T GET A WIDE LACE UP SHOE, RATHER THAN PAY $30.00 OR LESS OR POSSIBLY SLIGHTLY MORE (MAYBE AS HIGH AS $80.00) IT'S BEEN DETERMINED PREVIOUSLY AND HAS BEEN SUPPLIED FOR OVER A DECADE A WIDE SHOE. PRIOR DETERMINATIONS WERE BY D.O.C.'s OWN OFFICIALS, DOCTORS AND OUTSIDE PROVIDERS BOTH SIX YEARS AGO AND NOW CURRENT. AND I'M STILL BEING DENIED A PROPER SHOE AS OF JANUARY 2024. THE MONEY THEY SPENT IN RECENT EFFORTS TO DENY ME A PROPER SHOE COULD HAVE SUPPLIED ME SHOES FOR THE NEXT 20 TO 50 YEARS. IT'S RIDICULOUS. AND I WANT TO ADD I NOW HAVE PERMANENT SCARRING ON MY FEET FROM THE LATEST SHOES THEY PROVIDED AS DESCRIBED ABOVE FROM BLISTERS AND LACERATIONS. I'VE FILED MULTIPLE GRIEVANCES ON THIS AND PRIOR LAWSUITS ON OTHER TOPICS/ISSUES AND WITH THEIR EFFORT TO DENY ME SHOES AND CONTINUED DENIAL SHOWS AN OBVIOUS CONNECTION TO RETALIATION.

THE EIGHTH AMENDMENT AND RETALIATION CLAIMS SHOULD APPLY TO BITTENGER, SCHNEIDER, RYAN LANDON BERTSCH AND VANDERAA. BITTENGER WAS SPOKE TO PERSONALLY ABOUT ISSUE AND DID NOT RESPOND TO SUBSEQUENT KITE, SCHNEIDER AND VANDERAA WERE UNIT MANAGERS IN CHARGE OF ORDERING SHOES. LANDON IS H.S. SUPERVISOR WHO CONTINUALLY DENIED SHOES AND APPEARED TO THWART EFFORTS. BENTING ALSO INFORMED AND MADE NO AFFIRMATIVE ANSWER THAT ISSUE WOULD BE RESOLVED.

30

**COUNT** ~~XIII~~ XIII 

1. The following constitutional or other federal right has been violated by the Defendant(s): _FIRST AMENDMENT, RETALIATION   FOURTEENTH AMENDMENT EQUAL PROTECTION / TREATMENT   NEGLIGENT / INTENTIONAL_ XIII _INFLICTION OF EMOTIONAL DISTRESS_

2. Count ~~XIII~~ involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care   ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings   ☒ Retaliation   ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count ~~XIII~~ Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   OFFICER PENNY LINDSAY HAD BEEN TREATING ME DIFFERENT THAN OTHER INMATES, KEEPING ME LOCKED DOWN FOR EXTRA TIME OR RELEASING ME LATE TO WORK. I BROUGHT THIS WEEKLY TO U.M. SCHNEIDER. THEN IT GOT WORSE. NOT ONLY DID PRIOR EVENTS KEEP OCCURRING BUT SHE WOULD NOW NOT OPEN MY CELL DOOR TO USE THE RESTROOM, KEEP ME (NOT OPENING) FROM ACCESS TO HALL GATES TO TRAVEL TO MY JOB. SHE WOULD YELL AND SCREAM. SHE ALLOWED OTHER INMATES OUT DURING NON-WORKING HOURS BUT DIRECT OTHER OFFICERS TO LOCK ME UP IF I ATTEMPTED THIS AND TRIED TO WORK. EACH TIME I REPORTED HER INCREASED NEGATIVE ACTIONS / DISPARAGE IN TREATMENT THE EVENTS / RETALIATION INCREASED. IN FACT, SO MUCH SO, THE DOC'S OWN OFFICERS MADE COMMENTS TO ME SUCH AS "SHE MUST REALLY HATE YOU," OR "WHY DOESN'T SHE LIKE YOU" OR "SHE HAS A PROBLEM WITH YOU DOESN'T SHE?" AND

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   MENTAL DISTRESS, LACK OF PAY FOR WORK, LOSS OF SIGNIFICANT AND MUCH NEEDED PROPERTY

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count ~~XIII~~   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count ~~XIII~~ to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal your request for administrative relief to the highest level, briefly explain why you did not. GRIEVANCES FILED AND VERBALLY SOUGHT AS ABLE TO BE COMPLETED. I ATTEMPTED TO FILE TWO ADDITIONAL GRIEVANCES BUT WAS REFUSED BY ALL STAFF

   (If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)

   FOR THE PAST SIX DAYS (DOC REFUSED TO ACCEPT)

LEGAL USE ONLY

# COUNT XIII CON'T

MOST RECENTLY UPON BEING RELEASED FROM THE SHU ON FALSE CHARGES I LEARNED LINDSAY WAS IN CHARGE OF MY CELL PACKUP INVENTORY. UPON UNPACKING I WAS MISSING SEVERAL ITEMS OF PERSONAL PROPERTY. SOME ITEMS WERE SIMPLY EXCHANGED FOR LESSER QUALITY ITEMS (I.E. PURCHASED BOXER BRIEFS WHITE IN COLOR WERE REPLACED WITH STATE ISSUED BROWN BOXER THAT WERE NOT EVEN MY SIZE).

I WAS CHARGED WITH AN M-6 CONDUCT CHARGE ON JUNE 13, 2024. IMMEDIATELY VANDERAA FIRED ME FROM MY JOB. THIS IS AGAINST POLICY AND IN APPOSITE OF OTHER INMATES. JUST THE PREVIOUS MONTH ANOTHER INMATE WAS ACCUSED OF MUCH MORE SERIOUS ALLEGATIONS, NOT ONLY DID HE NOT GO TO THE SHU ON VANDRAA'S ORDERS, HE KEPT HIS JOB DURING THE ENTIRE DISCIPLINARY PROCEDURE, ADDITIONALLY, HE WAS ISOLATED IN HIS CELL FOR A FEW DAYS, NOT WORKING AND RECEIVED BACK PAY FOR THOSE DAYS. ALSO A FEW MONTHS EARLIER FOUR INMATES WENT TO THE SHU ON SERIOUS CHARGES ALL KEPT THEIR JOBS UPON RELEASE AND AT LEAST THREE RECEIVED BACK PAY AS I'M AWARE OF. I'M INNOCENT OF THE DISCIPLINARY CHARGE TO WHICH VANDERAA SAID EVEN IF I SOMEHOW GOT MY JOB BACK HE WOULDN'T GIVE BACK PAY. VANDERAA FIRED ME W/O ANY CAUSE OF MYSELF AND ON MERE RUMOR OF CONDUCT AS HE STATED TO ME ON JUNE 18 HE "DID NOT EVEN READ THE WRITE UP REPORT, JUST HEARD ABOUT IT." THERE IS NO DOUBT I FILE GRIEVANCES BUT I SPECIFICALLY TOLD VANDERAA THE PREVIOUS WEEK I'D SUE HIM IN FEDERAL COURT BY LAWSUIT IF HE DIDN'T ORDER ME PROPER FOOTWEAR (SEE COUNT XII). JUST THE VERY NEXT WEEK THE ABOVE OCCURED, AGAINST POLICY AND CONTRADICTING HIS OWN ACTIONS OF ANOTHER INMATE AND OTHERS MONTHS EARLIER ACCUSED OF MUCH MORE SERIOUS ALLEGATIONS. HE ALSO WOULD NOT RETURNED SIEZED PROPERTY, AND DENIES ME COMMISSARY 32 PRIVILAGES AGAINST POLICY,

COUNT XIV

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   8TH AMENDMENT    NEGLIGENT / INTENTIONAL INFLICTION OF
   EMOTIONAL DISTRESS    ADA AND REHABILITATION ACT DISCRIMINATION
   ACCOMMODATION XIV → AND RETALIATION    STATE LAW NEGLIGENCE

2. Count involves: (Check only one: if your claim involves more than one issue, each issued should be stated in a different count)
   ☐ Medical care    ☐ Access to the court    ☐ Mail
   ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion  ☐ Property
   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: ADA ACCOMMODATION /
   DISCRIMINATION.  XIV

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count XIV. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).
   I SUFFER FROM SEVERE OCD (DISABILITY), SO SEVERE ONE
   PROVIDER SAID IT'S THE WORST HE'S HEARD / DEALT WITH. IT
   CAUSES SEVERE INSOMNIA (I ONLY SLEEP A COUPLE
   HOURS A NIGHT - MAX FOUR - AND IT'S ALL INTERRUPTED -
   NOT AT ONE TIME). MY OCD IS NOT CORRECTED THUS FAR,
   SLEEP WAS THE ONLY THING PROVIDING SOME RELIEF AND WAS
   TREATED (AS POSSIBLE W/ OPTIONS AVAILABLE) BY PROVIDERS FOR
   AT LEAST THE PAST APPROX. SIX YEARS WITH MEDICATION. NOW
   THE DOC'S OFFICIAL POLICY IS NO TREATMENT FOR SLEEP ISSUES,
   THIS LACK OF SLEEP EXASERBATES MY OCD AND IT. ALONG
   WITH LITTLE TO NO SLEEP IS MENTALLY PAINFUL AND
   CAUSES PHYSICAL AILMENTS. SINCE THEY WILL NOT TREAT
   SLEEP I REQUESTED ACCOMMODATIONS TO HELP SLEEP OF
   A COMFORT MATTRESS (AVAILABLE IN THE INFIRMARY) AND PILLOWS
   AND/OR PROPER MEDICATION TO INDUCE SLEEP. I ALSO
   REQUESTED TO SEE THE ADA PSYCHIATRIST - PROVIDER,
   ALL WAS DENIED SO I GRIEVED IT. THE GRIEVANCES.↵

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   INSOMNIA, DYSLIPIDEMIA, METABOLIC SYNDROME, MENTAL
   DISTRESS, FATIGUE, WEAKNESS, CHEST PAINS (CRIPPLING),
   CONFUSION, MENTAL FOG, COGNITIVE DECLINE, TICS,
   HEADACHES, PERFORMANCE DEFICITS, LACK OF UNDERSTANDING

5. **Administrative Remedies:**  SEEMINGLY SIMPLE THINGS / DIRECTION.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count XIV?    ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count XIV to the highest level?    ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not.  I'VE BOTH VERBALLY AND BY FORM
   SUBMITTED GRIEVANCES TO THE EXTENT ALLOWED AFTER
   NO REPLIES WERE GIVEN.

   **(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

---

LEGAL USE ONLY

# COUNT XIV - CON'T

DID NOT RECEIVE AN ANSWER. ACCORDING TO POLICY
THEY ARE TO BE FORWARDED TO THE FACILITY ADA
REP MELISSA MATURAN (WHO HAPPENS TO ALSO BE
THE GRIEVANCE DESIGNEE FOR ALL PRISON INMATE
ISSUES), AND THE ADA AGENCY ADMINISTRATOR. I
KITED MELISSA MATURAN ABOUT MY GRIEVANCE, SHE
DID NOT REPLY. I ALSO KITED ABOUT THE ADA
AGENCY ADMINISTRATOR/COORDINATOR TRYING TO
GET CONTACT INFORMATION (NAME, ADDRESS, PHONE,
EMAIL) TO FIND OUT ABOUT THE GRIEVANCE OR HAVE
MY FAMILY CONTACT THAT INDIVIDUAL. I RECEIVED
NO REPLY. I ALSO REQUESTED ACCOMODATION FOR
LEGAL HELP DUE TO SEVERE MENTAL FOG AND COGNATIVE
DECLINE WHERE I CAN'T UNDERSTAND SEEMINGLY
SIMPLE LOGIC OR DIRECTIONS. ALSO DENIED.
JACK WAGNER TOOK MY GRIEVANCES. BITTINGER AND
WASKO WERE MADE AWARE OF REQUESTS FOR
ACCOMODATION THROUGH TREATMENT BUT REFUSED.
WASKO STATED IT WAS NOT AN ADA ISSUE.
THIS IS ALSO (BY MELISSA MATURAN RESPONSE/DOC
POLICY) A DISCRIMINATION BASED ON MY DISABILITY.
MATURAN SAID MY REQUESTS WERE ALSO DENIED
SPECIFICALLY DUE TO MY MENTAL ILLNESS (DISABILITY).

34

LEGAL USE ONLY

# D. REQUEST FOR RELIEF - CON'T

THIS PAGE IS A CONTINUATION OF THE FOLLOWING PAGE BUT INTENTIONALLY PLACED TO PRECEED SIGNATURE PAGE.

COUNT 10 - $500,000 COMPENSORY/PUNITIVE DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF

COUNT 11 - $500,000 COMPENSORY/PUNITIVE DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF

COUNT 12 - $10,000 COMPENSORY/PUNITIVE DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF

COUNT 13 - $20,000 + RETURN OF EXACT OR BETTER PROPERTY, COMPENSORY AND PUNITIVE DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF

COUNT 14 - $40.00/DAY COMPENSORY, $100.00 DAY PUNITIVE DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF; PER PERSON

35

## D.  REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

Count 1 - $40.00/DAY COMPENSORY, $100.00/DAY PUNITIVE FOR VIOLATION AND DECLARATORY AND INJUNCTIVE RELIEF; PER PERSON
Count 2 - $40.00/DAY COMPENSORY, $100.00/DAY PUNITIVE FOR VIOLATION AND DECLARATORY AND INJUNCTIVE RELIEF; PER PERSON
Count 3 - $40.00/DAY COMPENSORY, $100.00/DAY PUNITIVE FOR VIOLATION AND DECLARATORY AND INJUNCTIVE RELIEF; PER PERSON
Count 4 - $500,000 FOR COMPENSORY AND PUNITIVE DAMAGES
Count 5 - $5,000,000 FOR COMPENSORY AND PUNITIVE DAMAGE AND DECLARATORY AND INJUNCTIVE RELIEF
Count 6 - $5000 COMPENSORY AND PUNITIVE RELIEF
Count 7 - $9.13 COMPENSORY AND DECLARATIVE RELIEF
Count 8 - $40.00/DAY COMPENSORY AND $100.00/DAY PUNITIVE FOR VIOLATION AND DECLARATORY AND INJUNCTIVE RELIEF; PER PERSON OR ENTITY   —   Count 9 - $500,000 COMPENSORY/PUNITIVE FOR MALPRACTICE; $500,000 COMPENSORY/PUNITIVE FOR OTHER VIOLATIONS; DECLARATORY AND INJUNCTIVE RELIEF

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JUNE 26, 2024__          _____
                DATE                                   SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach additional pages.  The form, however, must be completely filled in to the extent applicable.