UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARK ANTHONY CHRISTIANS,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK CORRECTIONAL SERVICES, LLC, Contract Food Service Provider at SDSP-Jameson, in its individual and official capacity,<br><br>Defendant. | 4:23-CV-04137-CCT<br><br>**ORDER DENYING ARAMARK CORRECTIONAL SERVICES LLC'S MOTION TO COMPEL** |

Plaintiff, Mark Anthony Christians, an inmate at the Mike Durfee State Prison (MDSP), filed a pro se civil rights lawsuit under 42 U.S.C. § 1983. Docket 1. He filed an amended complaint, Docket 15, and the Court screened his amended complaint, dismissing it in part, Docket 24. Aramark Correctional Services, LLC[1] is only remaining defendant. Aramark moves for an order pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(iii)-(iv) compelling Christians to sign and return four Authorization for Release of Health Information forms. Docket 68. Christians has not responded to Aramark's motion to compel.

Federal Rule of Civil Procedure 37(a)(1) requires that a motion to compel "include a certification that the movant has in good faith conferred or

---

[1] The correct name of the defendant is Aramark Food Services, LLC ("Aramark"). Docket 68.

attempted to confer with the person or party failing to make . . . discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1). *See also* D.S.D. Civ. LR 37.1 ("A party filing a motion concerning a discovery dispute must file a separate certification describing the good faith efforts of the parties to resolve the dispute."). Aramark's motion to compel, Docket 68, and supporting memorandum, Docket 69, do not contain the certification required by Rule 37(a)(1) and Local Rule 37.1. Aramark's motion to compel, Docket 68, is denied. *See Robinson v. Potter*, 453 F.3d 990, 995 (8th Cir. 2006) (holding that a district court did not abuse its discretion in denying a motion to compel when the moving party does not make a good faith effort to resolve the issue without court intervention). Thus, it is

ORDERED that Aramark's motion to compel, Docket 68, is denied.

Dated October 20, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE
